In the Matter of the Application of Harry T. Seymour for an Order of Mandamus against Joseph H. Conners, as Commissioner of Public Works of the City

* §§ 370–393.

of Fulton, N. Y., and Stephen Martin.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. (Order entered March thirteenth.)